AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

| | | |
|---|---|---|
| Lydia Atef Saad Rofaeel,<br>Ramy Alfy Zkry Saad | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-7634 |
| | ) | |
| United States Department of Homeland Security;<br>United States Citizenship and Immigration Services;<br>Los Angeles Asylum Office; David Radel;<br>Alejandro Mayorkas; (see attachment #2) | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Homeland Security
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485
(see attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gihan L. Thomas, Esq.
Law Offices of Gihan Thomas
930 Colorado Blvd., Unit #2
Los Angeles, CA 90041
(310)203-2242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

1 | **LAW OFFICES OF GIHAN THOMAS**
2 | **A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
3 | **Certified Specialist, Immigration and Nationality Law**
4 | **State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
5 | **Los Angeles, CA 90041**
**Telephone    (310) 203-2242**
6 | **Facsimile    (310) 203-2287**
7 |
**Attorney For Plaintiff(s)**
8 |

9 | **UNITED STATES DISTRICT COURT**

10 |
**CENTRAL DISTRICT OF CALIFORNIA**
11 |

12 | LYDIA ATEF SAAD ROFAEEL,
RAMY ALFY ZKRY SAAD               Case No.:    2:24-cv-7634
13 |
14 |
15 |
16 |                    Plaintiff(s),            **COMPLAINT FOR:**

17 |   vs.                                      1) **DECLARATORY**
                                                   **AND INJUNCTIVE RELIEF**
18 |                                            2) **WRIT IN THE NATURE OF**
19 | UNITED STATES DEPARTMENT OF                    **IMMIGRATION MANDAMUS**
HOMELAND SECURITY; UNITED
20 | STATES CITIZENSHIP AND
IMMIGRATION SERVICES; LOS
21 | ANGELES ASYLUM OFFICE; DAVID
RADEL; ALEJANDRO MAYORKAS;
22 | UR M. JADDOU; TED H. KIM;
MATTHEW D. EMRICH;
23 | CHRISTOPHER A. WRAY AND DOES
24 | 1-10,

25 |                    Defendants.
26 |
27 |
28 |

By and through her undersigned counsel, Plaintiffs; LYDIA ATEF SAAD ROFAEEL
and RAMY ALFY ZKRY SAAD ("Plaintiff(s)") brings this action, individually or derivatively
on behalf of LYDIA ATEF SAAD ROFAEEL.

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


LYDIA ATEF SAAD ROFAEEL, et al. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

[ 2:24-cv-7634 ]


ATTACHMENT #2 TO SUMMONS


**SUMMONS CAPTION CONTINUED:**

UR M. JADDOU;

TED H. KIM;

MATTHEW D. EMRICH;

CHRISTOPHER A. WRAY;

AND DOES 1-10


**DEFENDANTS TO BE SERVED:**


UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington D.C.  20528-0485

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

LOS ANGELES ASYLUM OFFICE
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

DAVID RADEL
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

ALEJANDRO MAYORKAS
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

UR M. JADDOU
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

TED H. KIM
Office of General Counsel
U.S. Dept of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

MATTHEW D. EMRICH
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington DC  20528-0485

CHRISTOPHER A. WRAY
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC  20530-0001