Gihan L. Thomas (SBN 198612)
g.thomas@gihanthomaslaw.com
Attorney for Plaintiff(s)
930 Colorado Blvd, Unit #2
Los Angeles, CA 90041
Telephone (310) 203-2242
Facsimile  (310) 203-2287

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA ATEF SAAD ROFAEEL, RAMY ALFY ZKRY SAAD<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10,<br><br>Defendants. | Case No.:  2:24-cv-7634<br>PROOF OF SERVICE – DEFENDANT ALEJANDRO MAYORKAS<br>Time and Date of Hearing: TBD |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-7634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alejandro Mayorkas

was received by me on *(date)* 09/19/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail  Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/19/2024

*Server's signature*

Riana He - Employee
*Printed name and title*

930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

*Server's address*

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;
Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued

**GIHAN L. THOMAS**
Law Offices of Gihan L. Thomas
A Professional Corporation
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

9589 0710 5270 0621 4032 01

CERTIFIED MAIL

Alejandro Mayorkas
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

9589 0710 5270 0621 4032 01

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To *Office of General Counsel*
Street and Apt. No., or PO Box No. *Martin Luther King Jr. Ave.*
City, State, ZIP+4® *Washington, DC 20528-0485*

Postmark Here

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



NEOPOST
09/09/2024 ZIP 90017
042L14623154
$009.35⁰
US POSTAGE

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700621403201

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:43 am on September 19, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
September 19, 2024, 11:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers