1  Gihan L. Thomas (SBN 198612)
2  g.thomas@gihanthomaslaw.com
   Attorney for Plaintiff(s)
3  930 Colorado Blvd, Unit #2
   Los Angeles, CA 90041
4  Telephone (310) 203-2242
5  Facsimile  (310) 203-2287
6
7
8
9
                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11

12 LYDIA ATEF SAAD ROFAEEL,           Case No.:  2:24-cv-7634
   RAMY ALFY ZKRY SAAD                PROOF OF SERVICE – DEFENDANT
13                                    CHRISTOPHER A. WRAY
                                      Time and Date of Hearing: TBD
14
15
16            Plaintiff(s),
17
18  vs.
19
20
   UNITED STATES DEPARTMENT OF
21 HOMELAND SECURITY; UNITED STATES
   CITIZENSHIP AND IMMIGRATION
22 SERVICES; LOS ANGELES ASYLUM
23 OFFICE; DAVID RADEL; ALEJANDRO
   MAYORKAS; UR M. JADDOU; TED H. KIM;
24 MATTHEW D. EMRICH; CHRISTOPHER A.
25 WRAY AND DOES 1-10,
26
27
              Defendants.
28

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-7634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Christopher A. Wray

was received by me on *(date)*   09/19/2024   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Certified Mail   Attorney General
U.S. Deptartment of Justice
935 Pennsylvania Ave., NW
Washington, DC 20535

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:   09/19/2024

*Server's signature*

Riana He - Employee
*Printed name and title*

930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

*Server's address*

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;
Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued

**GIHAN L. THOMAS**
Law Offices of Gihan L. Thomas
A Professional Corporation
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

Christopher A. Wray
Attorney General
U.S. Department of Justice
935 Pennsylvania Ave., NW
Washington DC 20535

CERTIFIED MAIL
9589 0710 5270 0621 4032 49

$009.35
NEOPOST
09/09/2024 ZIP 90017
042L14523154

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 0621 4032 49

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To: Attorney General
Street and Apt. No., or PO Box No.: 935 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20535

PS Form 3800, January 2023 PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700621403249

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered and is available at a PO Box at 5:11 am on September 19, 2024 in WASHINGTON, DC 20535.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, PO Box**
WASHINGTON, DC 20535
September 19, 2024, 5:11 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers