1  Gihan L. Thomas (SBN 198612)
2  g.thomas@gihanthomaslaw.com
   Attorney for Plaintiff(s)
3  930 Colorado Blvd, Unit #2
   Los Angeles, CA 90041
4  Telephone (310) 203-2242
5  Facsimile  (310) 203-2287

6
7
8
9
                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11
   LYDIA ATEF SAAD ROFAEEL,            Case No.:  2:24-cv-7634
12 RAMY ALFY ZKRY SAAD                 PROOF OF SERVICE – DEFENDANT
                                       DAVID RADEL
13                                     Time and Date of Hearing: TBD
14
15
16            Plaintiff(s),
17
18    vs.
19
20 UNITED STATES DEPARTMENT OF
21 HOMELAND SECURITY; UNITED STATES
   CITIZENSHIP AND IMMIGRATION
22 SERVICES; LOS ANGELES ASYLUM
23 OFFICE; DAVID RADEL; ALEJANDRO
   MAYORKAS; UR M. JADDOU; TED H. KIM;
24 MATTHEW D. EMRICH, CHRISTOPHER A.
25 WRAY AND DOES 1-10.
26
27
              Defendants.
28

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-7634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Radel

was received by me on *(date)* 09/19/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail  Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/19/2024

*Server's signature*

Riana He - Employee
*Printed name and title*

930 Colorado Blvd, Unit 2
Los Angeles, CA 90041
*Server's address*

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;
Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued



GIHAN L. THOMAS
Law Offices of Gihan L. Thomas
A Professional Corporation
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

David Radel
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

9589 0710 5270 0621 4031 88

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Sent To: Office of General
Street and Apt. No., or PO Box No.: Martin Luther King Jr. Ave.
City, State, ZIP+4®: Washington, DC 20528-0485

PS Form 3800, January 2023 PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700621403188

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:43 am on September 19, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
September 19, 2024, 11:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**   ⌄

**USPS Tracking Plus®**   ⌄

**Product Information**   ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers