**Gihan L. Thomas (SBN 198612)**
**g.thomas@gihanthomaslaw.com**
**Attorney for Plaintiff(s)**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LYDIA ATEF SAAD ROFAEEL,
RAMY ALFY ZKRY SAAD

                              Plaintiff(s),

vs.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES; LOS ANGELES ASYLUM
OFFICE; DAVID RADEL; ALEJANDRO
MAYORKAS; UR M. JADDOU; TED H. KIM;
MATTHEW D. EMRICH. CHRISTOPHER A.
WRAY AND DOES 1-10.

                              Defendants.

Case No.:  2:24-cv-7634
PROOF OF SERVICE – DEFENDANT
LOS ANGELES ASYLUM OFFICE
Time and Date of Hearing: TBD

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-7634

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Los Angeles Asylum Office

was received by me on *(date)*        09/19/2024              .

□  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*  Certified Mail  Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    09/19/2024                           _____
                                                           *Server's signature*

                                                           Riana He - Employee
                                                           *Printed name and title*

                                                           930 Colorado Blvd, Unit 2
                                                           Los Angeles, CA 90041
                                                           _____
                                                           *Server's address*

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;

Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued

GIHAN L. THOMAS
Law Offices of Gihan L. Thomas
A Professional Corporation
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

CERTIFIED MAIL

9589 0710 5270 0621 4031 95

Los Angeles Asylum Office
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485



NEOPOST
$009.35
09/09/2024 ZIP 90017
0421J4523154
US POSTAGE

9589 0710 5270 0621 4031 95

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Sent To  Office of General Counsel
Street and Apt. No., or PO Box No.  Martin Luther King Jr. Ave.
City, State, ZIP+4®  Washington, DC 20528-0485

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700621403195

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an incividual at the address at 11:43 am on September 19, 2024 in WASHINGTON, DC
20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
September 19, 2024, 11:43 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates        ⌄

USPS Tracking Plus®        ⌄

Product Information        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers