Gihan L. Thomas (SBN 198612)
g.thomas@gihanthomaslaw.com
Attorney for Plaintiff(s)
930 Colorado Blvd, Unit #2
Los Angeles, CA 90041
Telephone (310) 203-2242
Facsimile  (310) 203-2287

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA ATEF SAAD ROFAEEL, RAMY ALFY ZKRY SAAD<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10,<br><br>Defendants. | Case No.:  2:24-cv-7634<br>PROOF OF SERVICE – DEFENDANT MATTHEW D. EMRICH<br>Time and Date of Hearing: TBD |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-7634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Matthew D. Emrich

was received by me on *(date)*  09/19/2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail  Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/19/2024

*Server's signature*

Riana He - Employee
*Printed name and title*

930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

*Server's address*

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;
Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued

**GIHAN L. THOMAS**
Law Offices of Gihan L. Thomas
A Professional Corporation
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

Matthew D. Emrich
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

9589 0710 5270 0621 4032 32

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To _Office of General Counsel_
Street and Apt. No., or PO Box No. _Martin Luther King Jr. Ave._
City, State, ZIP+4 _Washington, DC 20528-0485_

PS Form 3800, January 2023  PSN 7530-02-000-9047   See Reverse for Instructions



$009.35
NEOPOST
09/09/2024 ZIP 90017
0421145331754
US POSTAGE

CERTIFIED MAIL
9589 0710 5270 0621 4032 32

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700621403232

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:43 am on September 19, 2024 in WASHINGTON, DC 20528.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
September 19, 2024, 11:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                              ⌄

USPS Tracking Plus®                                                               ⌄

Product Information                                                               ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers