Gihan L. Thomas (SBN 198612)
g.thomas@gihanthomaslaw.com
Attorney for Plaintiff(s)
930 Colorado Blvd, Unit #2
Los Angeles, CA 90041
Telephone (310) 203-2242
Facsimile  (310) 203-2287

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA ATEF SAAD ROFAEEL, RAMY ALFY ZKRY SAAD<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10,<br><br>Defendants. | Case No.:  2:24-cv-7634<br>PROOF OF SERVICE – DEFENDANT TED H. KIM<br>Time and Date of Hearing: TBD |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-7634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ted H. Kim

was received by me on *(date)* 09/19/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail  Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/19/2024

*Server's signature*

Riana He - Employee
*Printed name and title*

930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

*Server's address*

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;
Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued



# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052700621403225

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:43 am on September 19, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20528
September 19, 2024, 11:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers