Gihan L. Thomas (SBN 198612)
g.thomas@gihanthomaslaw.com
Attorney for Plaintiff(s)
930 Colorado Blvd, Unit #2
Los Angeles, CA 90041
Telephone (310) 203-2242
Facsimile  (310) 203-2287

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYDIA ATEF SAAD ROFAEEL, RAMY ALFY ZKRY SAAD<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10,<br><br>Defendants. | Case No.:  2:24-cv-7634<br>PROOF OF SERVICE – DEFENDANT UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br>Time and Date of Hearing: TBD |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-7634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Citizenship and Immigration Services was received by me on *(date)* 09/19/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified Mail Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/19/2024

Server's signature

Riana He - Employee
Printed name and title

930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

Server's address

Additional information regarding attempted service, etc:
Titile of each documents served:
Complaint;
Civil Cover Sheet;
Notice of Interested Parties;
Summons Request;
Notice of Assignment to a District Judge;
Notice of ADR to Parties;
Notice of Counsel to Proceed Before a Majistrade;
60 Days Summons Issued

**GIHAN L. THOMAS**
Law Offices of Gihan L. Thomas
A Professional Corporation
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041

United States Citizenship And Immigration Services
Office of General Counsel
U.S. Dept. of Homeland Security
Martin Luther King Jr. Ave.
Washington, DC 20528-0485

9589 0710 5270 0621 4031 71

CERTIFIED MAIL



$009.35
NEOPOST
09/09/2024 ZIP 90017
041462351.4
US POSTAGE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees
$
Sent To *Office of General Counsel*
Street and Apt. No., or PO Box No. *Martin Luther King Jr. Ave*
City, State, ZIP+4 *Washington, DC 20528-0485*

Postmark Here

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0621 4031 71

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9589071052700621403171

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:43 am on September 19, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**

WASHINGTON, DC 20528
September 19, 2024, 11:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers